1116

No. 01–6918.  HARTJE *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 01–6928.  WILLIAMS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–6937.  JACQUINOT *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–6974.  OLIVER *v.* MICHIGAN.  Sup. Ct. Mich.  Certiorari denied.

No. 01–7044.  MURPHY *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 01–7058.  HUNT *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 01–7059.  THOMPSON *v.* NEWLAND, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–7063.  SCOTT *v.* LOUISIANA.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 01–7065.  SMOOT *v.* TAVENNER.  C. A. 4th Cir.  Certiorari denied.

No. 01–7066.  HOLLOWELL *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–7069.  MCKINNEY *v.* CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–7070.  BUREK *v.* VALLEY CAMP COAL CO.  C. A. 4th Cir.  Certiorari denied.

No. 01–7136.  WHITEHEAD *v.* COWAN, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 01–7193.  MONIZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–7299.  RICHMOND *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.